MARY T. DEUSCHER, Respondent, v. CHARLES J. CAMMERANO and Others, Appellants, and HOWARD P. CORNINO, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.